IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN R. TORRES,

    Plaintiff,

v.                                                                            No. CIV 09-519 JB/RHS

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER AUTHORIZING ATTORNEY FEES

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, filed August 26, 2010 (Doc. 25). The Defendant filed his response on September 13, 2010. See Doc. 26. The Defendant does not object to Plaintiff John R. Torres' request for approval of an award of attorney's fees in the amount of $5,215.58, payable to him.

**IT IS ORDERED** that the Plaintiff's Motion for Award of Attorney's Fees is granted, and attorney fees in the total amount of $5,215.58 are awarded to the Plaintiff pursuant to 28 U.S.C. § 2412.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Michael D. Armstrong
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Kenneth J. Gonzales
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
Albuquerque, New Mexico

*--and--*

Linda H. Green
  Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
Dallas, Texas

    *Attorneys for the Defendant*